# AMERICAN ARBITRATION ASSOCIATION

1750 Two Galleria Tower
13455 Noel Road, Dallas, TX 75240-6620
972.702.8222  FAX 972.490.9008

**VIA OVERNIGHT DELIVERY**

DATE:     10.01.09          ADMINISTRATOR: Jason Patlan

Re:     Chesapeake Exploration, LLC and Chesapeake Investments; and

BP America Production Company

## INVOICE

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| 1/2 Share of AAA Filing Fee (Limited Service) | $ 1,250.00 |
| 1/2 Share of AAA Filing Fee (Limited Service) | $ 1,250.00 |
| Total | $ 2,500.00 |

Case
10-CV-519-M
BP v. Chesapeake, et al.

**Exhibit 4**