**Mock, Schwabe, Waldo, Elder, Reeves & Bryant**
A Professional Limited Liability Company
Fourteenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, Oklahoma 73102
405-235-1110
Federal ID. No. 73-1542282

PLEASE RETURN BLUE
COPIES WITH
PAYMENT


POSTED
9-25-09

RECEIVED
SEP 2 2 2009

Received
Law Dept.
AUG 24 2009
BP Legal
Houston, Texas

Page: 1
August 17, 2009
Account No: 5994-201M
Invoice No: 123075

BP America Production Company
P.O. Box 3092
Houston TX 77253-3092

Attn: Laney Vazquez

Arbitration —

*Chesapeake Woodford Title* #60311
*July 09*                      *AM prod*

Fees

| Date | | Description | Rate | Hours | |
|---|---|---|---|---|---|
| 07/06/2009 | JRR | Telephone conference with Mark Christiansen and Buddy Behrens concerning the arbitration in the captioned matter, including initial meeting to set up the manner in which the subject arbitration will proceed on issues to be decided; | 220.00 | 0.20 | 44.00 |
| 07/07/2009 | JRR | Review of the Arbitration Summary Brief of Chesapeake in the captioned matter; | 220.00 | 1.20 | 264.00 |
| 07/08/2009 | JRR | Review of the materials submitted BP and Chesapeake to the consultants in the subject arbitration; | 220.00 | 0.60 | 132.00 |
| | JRR | Conferences with the consultants in the captioned matter concerning the arbitration in the captioned matter; | 220.00 | 0.90 | 198.00 |
| | JRR | Review and analysis of the materials submitted to us by the consultants in the arbitration; | 220.00 | 0.70 | 154.00 |
| 07/09/2009 | JRR | Review and analysis of the materials submitted to the consultants in regard to the subject arbitration; | 220.00 | 1.70 | 374.00 |
| 07/10/2009 | JRR | Review and analysis of the materials submitted by Chesapeake and BP to the consultants in the subject arbitration process; | 220.00 | 2.50 | 550.00 |
| 07/13/2009 | JRR | Review and analysis of the materials submitted by BP and Chesapeake to the consultants as a part of the subject | | | |

Case
10-CV-519-M
BP v. Chesapeake, et al.

Exhibit
5

BP America Production Company

Arbitration

Page: 2
August 17, 2009
**Account No:** 5994-201M
**Invoice No:** 123075

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | arbitration; | 220.00 | 1.40 | 308.00 |
| 07/14/2009 | JRR | Review and analysis of the materials submitted by BP and Chesapeake to the consultants in the subject arbitration; | 220.00 | 0.80 | 176.00 |
|  | JRR | Meeting of the consultants in the subject arbitration to review and consider the issues in such matter, including e-mails from the parties in the captioned matter; | 220.00 | 2.60 | 572.00 |
| 07/15/2009 | JRR | Review and analysis of the e-mails of the parties as to submitting additional materials and arguments; Preparation of proposed e-mail to the parties concerning additional responses from the parties as to submitting additional evidence and arguments in the arbitration process; Review and analysis of the materials submitted by Chesapeake and BP to the consultants as part of the arbitration process; Conference with the consultants concerning the issues to be decided in the arbitration process; | 220.00 | 3.60 | 792.00 |
| 07/16/2009 | JRR | Review and analysis of the materials submitted to the consultants in the subject arbitration; | 220.00 | 0.20 | 44.00 |
|  | JRR | Review of email communications from Chesapeake concerning the issues in the subject arbitration, and review and preparation of emails for and to the other consultants in such matter; | 220.00 | 0.70 | 154.00 |
|  | JRR | Communication by email and by telephone with the other consultants in the subject arbitration concerning the procedural issues in such matter; | 220.00 | 0.50 | 110.00 |
| 07/17/2009 | JRR | Review of the emails setting forth the objections of Chesapeake to additional materials being submitted by the parties in the arbitration process; Review of the available materials in attempting to formulate the position of the Panel of consultants on such issues, and review of e-mails from the other consultants concerning such issues; Telephone conference with with the consultants to determine the position of the consultants on the procedural issues raised by the |  |  |  |

BP America Production Company

Arbitration

Page: 3
August 17, 2009
**Account No:** 5994-201M
**Invoice No:** 123075

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
|  |  | parties and preparation of email to the parties concerning the consultants' position and request for additional authorities; | 220.00 | 1.30 | 286.00 |
| 07/20/2009 | JRR | Review and analysis of the materials submitted to the consultants as to the various claimed Title Defects, Title Benefits and "Credits"; | 220.00 | 2.30 | 506.00 |
| 07/21/2009 | JRR | Review and analysis of the materials submitted to the consultants in evaluation of the various claimed Title Default, Title Benefits and Credits; | 220.00 | 3.20 | 704.00 |
| 07/22/2009 | JRR | Review and analysis of the materials submitted to the consultants in the evaluation of the various Title Defaults, Title Benefits and Credits; | 220.00 | 0.70 | 154.00 |
| 07/23/2009 | JRR | Review and analysis of the materials submitted to the consultants in the evalution of various claimed Title Defects, Title Benefits and Credits; | 220.00 | 3.90 | 858.00 |
| 07/24/2009 | JRR | Review of the briefs submitted by the parties concerning procedural issues raised by the parties; | 220.00 | 0.30 | 66.00 |
|  | JRR | Review and analysis of the materials submitted to the consultants in the evalation of the various claimed Title Defects, Title Benefits and Credits; | 220.00 | 2.80 | 616.00 |
| 07/25/2009 | JRR | Review and analysis of the materials submitted to the consultants in the evaluation of the various claimed Title Defects, Title Benefits and Credits; Review and analysis of the briefs submitted by the parties concerning procedural issues raised by the consultants; | 220.00 | 1.50 | 330.00 |
| 08/02/2009 | JRR | Review and analysis of brief submitted to the consultants responding to the procedural issues involved in this; Telephone conference with the consultants concerning the briefs submitted by the parties and the procedural issues raised by the parties; Review of the materials submitted to evaluation of the various claimed Title Defects, Title Benefits and Credits; | 220.00 | 2.90 | 638.00 |

BP America Production Company

Arbitration

|  |  |  | Rate | Hours |  |
|---|---|---|---|---|---|
| 08/03/2009 | JRR | Preparation of response to the parties in the subject arbitration an the procedural issues; Review and analysis of the materials submitted to the consultants in the evaluation of the various Title Defects, Title Benefits and Credits; | 220.00 | 1.00 | 220.00 |
| 08/04/2009 | JRR | Review and analysis of the response from Chesapeake to the Panel's email of August 3, 2009; Discussions through emails and by telephone with the members of the Panel concerning the procedural issues surrounding the submission of additional briefs; Preparation of email to the parties concerning the issues as to the submission of additional briefs; | 220.00 | 1.80 | 396.00 |
|  |  | For Current Services Rendered |  | 39.30 | 8,646.00 |

Recapitulation

| Timekeeper | Title | Hours | Rate | Total |
|---|---|---|---|---|
| JOHN R. REEVES | PARTNER | 39.30 | $220.00 | $8,646.00 |

Total Current Work     8,646.00

**Balance Due**     $8,646.00

60311

*Please make check payable to:*
**Mock, Schwabe, Waldo, Elder, Reeves & Bryant**

*Thank you*