**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

December 17, 2009

David M. Bates, Esq.
Gardere Wynne Sewell, LLP

Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264                Invoice No. 2096428  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company

*Remittance Copy*

## INVOICE SUMMARY

**For professional services rendered through December 16, 2009:**

|  |  |
|---|---|
| Total Current Fees and Disbursements | 16,470.00 |
| **Balance Due as of December 17, 2009** | $ 16,470.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:    CONNER & WINTERS
             4000 One Williams Center
             Tulsa, Oklahoma 74172-0148

**Case**
**10-CV-519-M**
**BP v. Chesapeake, et al.**

**Exhibit 6**

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

January 8, 2010

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264                    Invoice No. 2097112 PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company

## INVOICE SUMMARY

**For professional services rendered through January 6, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 4,710.60 |
| Balance from Previous Statement | 16,470.00 |
| Payments since Previous Statement | (16,470.00) |
| **Balance Due as of January 8, 2010** | $ **4,710.60** |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Federal Tax I.D. No. 73-1388566

REMIT TO:        CONNER & WINTERS
                 4000 One Williams Center
                 Tulsa, Oklahoma 74172-0148

*Remittance Copy*

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

March 16, 2010

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264                    Invoice No. 2099512  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company

## INVOICE SUMMARY

**For professional services rendered through March 16, 2010:**

| | | |
|---|---|---:|
| | Total Current Fees and Disbursements | 2,940.00 |
| | Trust Retainer Applied | (2,940.00) |
| | **Balance Due as of March 16, 2010** | $ 0.00 |

**Trust Recap:**

| | | |
|---|---|---:|
| Trust Retainer Available | $ | 8,819.40 |
| Trust Retainer Applied | $ | (2,940.00) |
| Remaining Trust Retainer | $ | 5,879.40 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE

Federal Tax I.D. No. 73-1388566

REMIT TO:     CONNER & WINTERS
              4000 One Williams Center
              Tulsa, Oklahoma 74172-0148

*Remittance Copy* (watermark)

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

May 14, 2010

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264                Invoice No. 2101699  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company

## INVOICE SUMMARY

**For professional services rendered through April 30, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 780.00 |
| Balance from Previous Statement | 2,940.00 |
| Payments since Previous Statement | (2,940.00) |
| **Balance Due as of May 14, 2010** | $ 780.00 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Federal Tax I.D. No. 73-1388566

REMIT TO:    CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

*Remittance Copy*

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

June 15, 2010

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264                Invoice No. 2102740  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company



## INVOICE SUMMARY

**For professional services rendered through May 31, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 930.00 |
| Balance from Previous Statement | 780.00 |
| Payments since Previous Statement | (780.00) |
| Trust Retainer Applied | (930.00) |
| **Balance Due as of June 15, 2010** | $ 0.00 |

**Trust Recap:**

| | | |
|---|---|---:|
| Trust Retainer Available | $ | 5,099.40 |
| Trust Retainer Applied | $ | (930.00) |
| Remaining Trust Retainer | $ | 4,169.40 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE
Federal Tax I.D. No. 73-1388566

REMIT TO:      CONNER & WINTERS
               4000 One Williams Center
               Tulsa, Oklahoma 74172-0148

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
**ATTORNEYS & COUNSELORS AT LAW**

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

July 13, 2010

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264      Invoice No. 2103598  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company



**INVOICE SUMMARY**

**For professional services rendered through June 30, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 1,080.00 |
| Balance from Previous Statement | 930.00 |
| Payments since Previous Statement | (930.00) |
| Trust Applied | (1,080.00) |
| **Balance Due as of July 13, 2010** | $    0.00 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Federal Tax I.D. No. 73-1388566

REMIT TO:     CONNER & WINTERS
4000 One Williams Center
Tulsa, Oklahoma 74172-0148

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
**ATTORNEYS & COUNSELORS AT LAW**

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

December 21, 2010

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264          Invoice No. 2108802  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company

## INVOICE SUMMARY

**For professional services rendered through November 30, 2010:**

| | |
|---|---:|
| Total Current Fees and Disbursements | 1,680.00 |
| Balance from Previous Statement | 1,080.00 |
| Payments since Previous Statement | (1,080.00) |
| **Balance Due as of December 21, 2010** | $  1,680.00 |

**INVOICE IS DUE AND PAYABLE UPON RECEIPT**

**PLEASE RETURN THIS COPY WITH YOUR REMITTANCE**

Federal Tax I.D. No. 73-1388566

REMIT TO:     CONNER & WINTERS
              4000 One Williams Center
              Tulsa, Oklahoma 74172-0148

**Dallas, TX**
**Houston, TX**
**Northwest Arkansas**
**Oklahoma City, OK**
**Santa Fe, NM**
**Tulsa, OK**
**Washington, DC**

# CONNER & WINTERS
### ATTORNEYS & COUNSELORS AT LAW

**Conner & Winters, LLP**
**4000 One Williams Center**
**Tulsa, Oklahoma 74172-0148**
**(918) 586-5711**

February 17, 2011

David M. Bates, Esq.
Gardere Wynne Sewell, LLP
Brian Exline
Vicke President, Chesapeake Energy

Client/Matter No. 07302-0264　　　　　　　　Invoice No. 2110383  PBB

Re: Chesapeake Exploration LLC;
Chesapeake Investments v.
BP America Production Company



## INVOICE SUMMARY

**For professional services rendered through January 31, 2011:**

|   |   |
|---|---:|
| Total Current Fees and Disbursements | 1,620.00 |
| Balance from Previous Statement | 1,680.00 |
| Payments since Previous Statement | (1,680.00) |
| Trust Retainer Applied | (1,409.40) |
| **Balance Due as of February 17, 2011** | $ 210.60 |

**Trust Recap:**

| | | |
|---|---|---:|
| Trust Retainer Available | $ | 1,409.40 |
| Trust Retainer Applied | $ | (1,409.40) |
| Remaining Trust Retainer | $ | 0.00 |

### INVOICE IS DUE AND PAYABLE UPON RECEIPT

### PLEASE RETURN THIS COPY WITH YOUR REMITTANCE
Federal Tax I.D. No. 73-1388566

REMIT TO:　　　CONNER & WINTERS
　　　　　　　　4000 One Williams Center
　　　　　　　　Tulsa, Oklahoma 74172-0148