# CROWE & DUNLEVY

A PROFESSIONAL CORPORATION

**ATTORNEYS AND COUNSELORS AT LAW**
**20 NORTH BROADWAY, SUITE 1800**
**OKLAHOMA CITY, OKLAHOMA 73102-8273**
**(405) 235-7700**
TAX I.D. NUMBER 73-1055796

BP America Production Company
ATTN:  Frank A. Monago
Attorney, Litigation, BP Legal Group
BP America, Inc.
501 Westlake Park Blvd.
 WL1-16.135
Houston, TX 77079

January 11, 2010
Invoice # 457745

Responsible Attorney
Mark D. Christiansen

Client #          03179
Matter #        01096

In re: Arbitration of Certain Disputes Between BP AMERICA PRODUCTION COMPANY
and Chesapeake Energy Corporation

## SUMMARY OF CURRENT INVOICE

| | | |
|---|---|---|
| Total Fees | $14,000.00 | |
| Total Expenses | $16.08 | |
| Total | | $14,016.08 |

Case
10-CV-519-M
BP v. Chesapeake, et al.

Exhibit
7

*Please refer to Invoice # 457745 and any other invoice numbers being paid on your remittance.*

# CROWE & DUNLEVY
A PROFESSIONAL CORPORATION
**ATTORNEYS AND COUNSELORS AT LAW**
**20 NORTH BROADWAY, SUITE 1800**
**OKLAHOMA CITY, OKLAHOMA 73102-8273**
**(405) 235-7700**
TAX I.D. NUMBER 73-1055796

BP America Production Company
ATTN:   Frank A. Monago
Attorney, Litigation, BP Legal Group
BP America, Inc.
501 Westlake Park Blvd.
 WL1-16.135
Houston, TX 77079

January 29, 2010
Invoice # 459009

Responsible Attorney
Mark D. Christiansen

Client #         03179
Matter #        01096

In re: Arbitration of Certain Disputes Between BP AMERICA PRODUCTION COMPANY
and Chesapeake Energy Corporation

Reference #     61286

## SUMMARY OF CURRENT INVOICE

Total Fees                              $15,950.00

Total Expenses                          $0.00

Total                                                       $15,950.00

## SUMMARY OF UNPAID INVOICES

Our records indicate the following additional invoices for this matter are outstanding as of January 29, 2010.

| Invoice Number | Invoice Date | Amount Billed | Credits Applied | Balance Due |
|---|---|---|---|---|
| 459009 | 01/29/2010 | 15,950.00 | 0.00 | 15,950.00 |
| **TOTALS:** | | $15,950.00 | $0.00 | $15,950.00 |

| 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91-120 DAYS | 120+ DAYS |
|---|---|---|---|---|
| $15,950.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Please refer to Invoice # 459009 and any other invoice numbers being paid on your remittance.*

# CROWE & DUNLEVY
### A PROFESSIONAL CORPORATION
### ATTORNEYS AND COUNSELORS AT LAW
### 20 NORTH BROADWAY, SUITE 1800
### OKLAHOMA CITY, OKLAHOMA 73102-8273
### (405) 235-7700
TAX I.D. NUMBER 73-1055796

BP America Production Company
ATTN:   Frank A. Monago
Attorney, Litigation, BP Legal Group
BP America, Inc.
501 Westlake Park Blvd.
 WL1-16.135
Houston, TX 77079

October 29, 2010
Invoice # 475973

Responsible Attorney
Mark D. Christiansen

Client #          03179
Matter #          01096

In re: Arbitration of Certain Disputes Between BP AMERICA PRODUCTION COMPANY
and Chesapeake Energy Corporation

Reference #     61286

## SUMMARY OF CURRENT INVOICE

| | |
|---|---|
| Total Fees | $8,625.00 |
| Total Expenses | $0.00 |
| Total | $8,625.00 |

# CROWE & DUNLEVY

A PROFESSIONAL CORPORATION

**ATTORNEYS AND COUNSELORS AT LAW**

**20 NORTH BROADWAY, SUITE 1800**

**OKLAHOMA CITY, OKLAHOMA 73102-8273**

**(405) 235-7700**

TAX I.D. NUMBER 73-1055796

May 3, 2012

Invoice # 512867

BP America Production Company

ATTN:  Frank A. Monago

Attorney, Litigation, BP Legal Group

Responsible Attorney

BP America, Inc.

Mark D. Christiansen

501 Westlake Park Blvd.

 WL1-16.135

Houston, TX 77079

Client #    03179
Matter #    01096
      E-BILL ON T-360 CHANGE 03179 TO BP-AGILE
In re: Arbitration of Certain Disputes Between BP AMERICA PRODUCTION
COMPANY and Chesapeake Energy Corporation
Reference #    61286

## SUMMARY OF CURRENT INVOICE

| | |
|---|---|
| Total Fees | $5,125.00 |
| Total Expenses | $0.00 |
| Total | $5,125.00 |

*Please refer to Invoice # 512867 and any other invoice numbers being paid on your remittance.*